UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:07CV106-J

ZITA R. ELMORE                                                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Zita Elmore seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, including the following numbered contentions: 1) the Magistrate Judge overreaches to support the Commissioner's finding the plaintiff does not have a severe mental impairment; and 2) the Magistrate Judge supported the Commissioner's rejection of the findings of the plaintiff's treating psychiatrist based primarily on the "invalid" test results of the consultative psychologist, and rejected plaintiff's main argument in a footnote. The Court finds that both the ALJ and the magistrate judge are correct in their analysis of the mental impairment alleged in this case.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation are ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.